IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEROME WALKER,

    Petitioner,

v.                                                    CASE NO. 4:11cv118-SPM/WCS

KENNETH S. TUCKER,

    Respondent.

_____/

## ORDER

THIS CAUSE comes for before the Court on the magistrate judge's Report and Recommendation (doc. 23) dated September 10, 2012. Petitioner has been furnished a copy and has filed an objection (doc. 26) pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objection, I have determined that the report and recommendation is correct and should be adopted.

Petitioner recites the underlying acts for his kidnaping convictions. Doc. 26 at 6. He does not contend that he did not actually do those acts. Instead, he argues that his acts were inconsequential and incidental to a robbery, and thus were legally insufficient to support his kidnaping convictions. The law that Petitioner relies upon to support his position is not new. Faison v. State, 426

So.2d 963, 965-66 (Fla. 1983), There is no reason why Petitioner could not have made his argument within one year of January 2, 2006, the date his corrected sentence became final (see R&R, doc. 23 at p.6). Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 23) is ADOPTED and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 16) is granted. This case is summarily dismissed as untimely.

3. A certificate of appealability and leave to appeal in forma pauperis is denied.

DONE AND ORDERED this 19th day of October, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge